UNITED STATES of America,
Plaintiff–Appellee,

v.

Ashley Nicole REESE, Defendant–
Appellant.

No. 08–16545
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 15, 2009.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Ashley Nicole Reese, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no

arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reese's supervised-release revocation and resulting sentence are **AFFIRMED.**